FILED
2007 AUG 28 PM 12: 45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ d◯ _____DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

SHERRI WATTERS,

    Plaintiff,

v.

MII, et al.,

    Defendants.

CASE NO. 3:06-cv-01173-BTM-JMA

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of Plaintiff, Sherri Watters, and Defendants, MII, et al., this action, including the Complaint and all possible claims and counterclaims, is dismissed with prejudice, without costs or attorney's fees to any party.

SIGNED this 27Th day of August, 2007.

HON. BARRY T. MOSKOWITZ